**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Natasha Denona Makeup LLC and Natasha Denona Trading Limited, <br><br> Plaintiffs, <br><br> -against- <br><br> Amanda Nicole Hernandez, <br><br> Defendant. | **1:25-cv-10603 (AT) (SDA)** <br><br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Referral Order, ECF No. 15.) The Court is in receipt of Defendant's March 4, 2026 letter stating that she was not properly served and that she is seeking representation, and requesting that the case not be dismissed, by which she appears to mean that no default be entered against her. (Def.'s 3/4/26 Letter, ECF No. 13.) In response, Plaintiffs filed a letter attaching an Affidavit of Service, which appears to show that Defendant was served on January 21, 2026, but indicating their consent to a 30-day extension of time for Defendant to respond to the Complaint. (*See* Pls.' 3/5/26 Letter.)

It is hereby ORDERED that Plaintiffs shall file the Affidavit of Service to the ECF docket, as a separate docket entry, no later than Friday, March 13, 2026. It is further ORDERED that the deadline for Defendant to respond to the Complaint is extended until April 10, 2026. If Defendant believes that service of process was improper she may, in lieu of filing an Answer, file a motion pursuant to Federal Rule of Civil Procedure 12(b)(5) by the April 10, 2026 deadline. If Defendant

is unable to retain counsel, she may represent herself in this action but still is required to comply with all Court Orders and deadlines.

Defendant is advised that the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center ("CBJC") provides free, limited-scope legal services to self-represented parties in civil cases. The CBJC is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). Litigants in need of legal assistance should complete CBJC's intake form, available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/, to make an appointment.

If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10:00 a.m. to 4:00 p.m. Remote appointments are available Monday through Friday, 10:00 a.m. to 4:00 p.m.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant at the following address: 205 East 106th Street, Apt. 15D, New York, NY 10029.

**SO ORDERED.**

Dated:   New York, New York
         March 9, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2