UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATASHA DENONA MAKEUP LLC and
NATASHA DENONA TRADING LIMITED,

Plaintiffs,

-against-

AMANDA NICOLE HERNANDEZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    4/14/2026

25 Civ. 10603 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Defendant's motion to dismiss.  *See* ECF No. 18.  The motion is DENIED without prejudice to refiling for failure to comply with Rule III(B) of the undersigned's Individual Practices in Civil Cases.  By **April 27, 2026**, Defendant shall file her second pre-motion letter, if any, in accordance with Rules III(A) and III(B)(iii) of the Individual Practices, which shall set forth the basis for her contemplated motion to dismiss.  By **May 4, 2026**, Plaintiff shall respond to this letter.  Thereafter, the Court will set a briefing schedule on Defendant's motion to dismiss.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.

SO ORDERED.

Dated: April 14, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge