UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATASHA DENONA MAKEUP LLC and
NATASHA DENONA TRADING LIMITED,

                        Plaintiffs,

        -against-

AMANDA NICOLE HERNANDEZ,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/11/2026

25 Civ. 10603 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

On April 14, 2026, the Court denied without prejudice Defendant's motion to dismiss for failure to comply with Rule III of the undersigned's Individual Practices in Civil Cases, which requires the exchange of pre-motion letters. *See* ECF No. 24; *see also* ECF No. 23 (Plaintiffs' letter requesting the Court deny the motion for failure to comply with the Individual Practices). The Court directed Defendant to file its pre-motion letter, if any, by April 27, 2026, and Plaintiffs to respond by May 4, 2026. *See* ECF No. 24; *see also* Rule III(A)(ii), Individual Practices in Civil Cases ("Opposition letters . . . shall be submitted within five business days after receipt of the movant's letter."). Although Defendant timely filed her pre-motion letter, *see* ECF No. 25, Plaintiffs' submission is overdue. Accordingly, by **May 15, 2026**, Plaintiffs shall file their opposition letter, if any.

        SO ORDERED.

Dated: May 11, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge