UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATASHA DENONA MAKEUP LLC and
NATASHA DENONA TRADING LIMITED,

Plaintiffs,

-against-

AMANDA NICOLE HERNANDEZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __5/15/2026__

25 Civ. 10603 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's pre-motion letter seeking leave to file a motion to dismiss, ECF No. 25, and Plaintiffs' response, ECF No. 27.  Accordingly:

1. Defendant is GRANTED leave to file her motion to dismiss;
2. By **June 15, 2026**, Defendant shall file her motion;
3. By **July 6, 2026**, Plaintiffs shall file their opposition; and
4. By **July 20, 2026**, Defendant shall file its reply, if any.

   SO ORDERED.

Dated: May 15, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge