**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Natasha Denona Makeup LLC and Natasha Denona Trading Limited,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**Amanda Nicole Hernandez,**<br><br>**Defendant.** | **1:25-cv-10603 (AT) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than Monday, November 2, 2026, Plaintiffs shall file their Amended Complaint as a separate docket entry. (*See* Proposed Am. Compl., ECF No. 36-1; Mem. End., ECF No. 38.)

**SO ORDERED.**

Dated: New York, New York
October 28, 2026

Stewart d. Aaron
STEWART D. AARON
United States Magistrate Judge