USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATASHA DENONA MAKEUP LLC and NATASHA DENONA TRADING LIMITED,

Plaintiffs,

-against-

AMANDA NICOLE HERNANDEZ,

Defendant.

25 Civ. 10603 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's pre-motion letter seeking leave to file a motion to dismiss, ECF No. 41, and Plaintiffs' response, ECF No. 42. Defendant is GRANTED leave to file her motion to dismiss. By **November 23, 2026,** the parties shall file a proposed briefing schedule.

SO ORDERED.

Dated: November 16, 2026
New York, New York

ANALISA TORRES
United States District Judge